## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　v.<br><br>MYA ROUBIDEAUX,<br>　　　　　　　　　　　　Defendant | Case No. 4:25mj3239<br><br>ORDER OF DETENTION PENDING TRIAL |

### Part I - Eligibility for Detention

　Upon the

　　　☒ **B.** Motion of the Government or the Court's own motion for a detention hearing pursuant to 18 U.S.C. § 3142(f)(2) because the case involves:

　　　　　☒ **(1)** a serious risk that the defendant will flee if released; or
　　　　　　 threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror if released.

The Court found that the Government established one or more of the factors above and found a detention hearing was warranted due the charges alleged and contents of the pretrial services report, including numerous failures to appear and indications of absconding. The Court did not hold a detention hearing as Defendant waived the right to a detention hearing in this district.

### Part IV - Directions Regarding Detention

The defendant is remanded to the custody of the Attorney General or to the Attorney General's designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant must be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

| | |
|---|---|
| Date:　　10/21/2025 | s/ Jacqueline M. DeLuca |
| | United States Magistrate Judge |